# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: AMY M. RAINWATER  
P.O. BOX 335  
STILLMAN VALLEY, IL 61084  

SSN-xxx-xx-1535

Case Number: 06-72326

Case filed on: 12/7/2006  
Plan Confirmed on:  

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $4,150.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 2,200.00 | 2,200.00 | 120.80 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 120.80 | 0.00 |
| 010 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | AMY M. RAINWATER | 0.00 | 0.00 | 830.00 | 0.00 |
| 999 | AMY M. RAINWATER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 830.00 | 0.00 |
| 001 | AMCORE BANK NA | 19,144.36 | 17,000.00 | 2,125.00 | 875.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 21,698.05 | 21,698.05 | 0.00 | 0.00 |
| 014 | ANGELA MAZULA | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | PEGGY HARDESTY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 40,842.41 | 38,698.05 | 2,125.00 | 875.00 |
| 001 | AMCORE BANK NA | 0.00 | 2,144.36 | 0.00 | 0.00 |
| 003 | AQUA FINANCE | 722.51 | 722.51 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 8,238.53 | 8,238.53 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 1,217.25 | 1,217.25 | 0.00 | 0.00 |
| 006 | CERTEGY PAYMENT RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CITIFINANCIAL AUTO LTD | 6,978.91 | 6,978.91 | 0.00 | 0.00 |
| 008 | CREDITORS BANKRUPTCY SERVICE | 14,247.63 | 14,247.63 | 0.00 | 0.00 |
| 009 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | VERIZON SOUTH INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | WORLD FINANCIAL NETWORK NATIONAL BANK | 735.10 | 735.10 | 0.00 | 0.00 |
| 013 | WASHMTL / PROV | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MATTHEW RAINWATER | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CAPITAL ONE | 1,083.98 | 1,083.98 | 0.00 | 0.00 |
| 018 | CAPITAL ONE | 740.72 | 740.72 | 0.00 | 0.00 |
| 020 | CAPITAL ONE | 1,134.60 | 1,134.60 | 0.00 | 0.00 |
| 021 | VILLAGE OF STILLMAN VALLEY | 792.00 | 792.00 | 0.00 | 0.00 |
| 022 | LHR INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | AFNI/VERIZON | 618.59 | 618.59 | 0.00 | 0.00 |
| 024 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | BARRICK, SWITZER, LONG, BALSLEY & VAN EV | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | COLORADO TECHNICAL UNIVERSITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | CREDIT MEDIATORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | I.C. SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | MUTUAL MANAGEMENT SERVICES | 561.51 | 561.51 | 0.00 | 0.00 |
| 030 | PALISADES COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | PROFESSIONAL COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | RRCA ACCOUNTS MANAGEMENT INC | 1,605.78 | 1,605.78 | 0.00 | 0.00 |
| 033 | STATE COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 38,677.11 | 40,821.47 | 0.00 | 0.00 |
|  | Grand Total: | 81,719.52 | 81,719.52 | 3,075.80 | 875.00 |

Total Paid Claimant:     $3,950.80  
Trustee Allowance:       $199.20  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007                    By  /s/Heather M. Fagan